LUMPKIN & SHATTUCK and R. M. W. GLENN, for plaintiff. COPELAND & JACKSON, for defendant.

---

## VINSON *v.* NORTHEN, governor.

This case is ruled by *Rich* v. *Colquitt, governor*, 61 *Ga.* 197.
July 23, 1894.                                    *Judgment affirmed.*

*Scire facias.* Before Judge Ross. City court of Macon. December term, 1893.

L. D. MOORE, for plaintiff in error. W. H. FELTON, Jr., solicitor-general, by HARRISON & PEEPLES, *contra.*

---

## GRAYS *v.* BIBB COUNTY.

This case is ruled by *Bibb and Crawford Counties* v. *Dorsey*, 90 *Ga.* 72.
July 23, 1894.                                    *Judgment affirmed.*

Action for damages. Before Judge Ross. City court of Macon. September term, 1893.

STEED & WIMBERLY, for plaintiff.
RYALS & STONE, for defendant.

---

## VANDIVER *v.* WRIGHT.

94c 698
99 139

This case is ruled by *Lewis, Leonard & Co.* v. *Brown*, 89 *Ga.* 115, and *Harrington* v. *Findley, Ib.* 385.              *Judgment affirmed.*
July 30, 1894.

*Certiorari.* Before Judge HENRY. Floyd superior court. September term, 1893.

W. W. VANDIVER and J. W. EWING, for plaintiff.
HAL WRIGHT, for defendant.